**Margarine YATES, Respondent,**

v.

**Nathaniel YATES, Appellant.**

**No. WD 48666.**

Missouri Court of Appeals, Western District.

June 21, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 2, 1994.

Application to Transfer Denied Sept. 20, 1994.

George Alvin Wheeler, Kansas City, for appellant.

Philip F. Cardarella, Kansas City, for respondent.

Before TURNAGE, P.J., and FENNER and HANNA, JJ.

***ORDER***

PER CURIAM.

Appeal from denial of motion to set aside default judgment in dissolution of marriage proceeding.

Judgment affirmed pursuant to Rule 84.-16(b).